Stephen Eddy Guerra

V.

Evan Allen Bennett
millinum Trndz Phone company

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 08 2025

JEFFREY P. COLWELL
CLERK

Your Honor,

MR, Bennett was in Charge of my Debit card while I was incarcerated from 3/17/2023 to 7/17/2023. I Recieve $1,150.60 A month from Social Security Disability. 4 Checks MR, Bennett Recieved in the amount of $4,600. MR, Bennett Did Apply $300.00 to my inmate acct. MR, Bennett I Trusted Him 100% as A Rabbi.

I am Requesting A Lump sum payment of $9200.00 Due to MR, Bennett misRepresentation of TRust. I suffured coming out of prison without the above Funds That Evan Allen Bennett stole From me. This is the Reason I am Requesting A additional $4600.00 Due to all my losses.

Respectfully Submitted By

Stephen Eddy Guerra

5/3/2025

Spashy Edd Guerin 3611108

**Denver Sheriff Department**
**P.O. Box 1108**
**Denver, CO 80201**

DENVER CO 802
6 MAY 2025 PM 5 L

US POSTAGE
ZIP 80204 $ 000.69⁰
0000345735 MAY 06 2025

U.S. District Clerk of Court
901 19th Street
Denver Co 80294

80294-250055

**Legal Mail**